UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

JASON CAMACHO

Defendant(s).
-------------------------------------------------------------X

CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE

21    -CR-4098 ) ( )

Defendant __JASON CAMACHO__ hereby voluntarily consents to participate in the following proceeding via __XX__ videoconferencing or ___ teleconferencing:

__XX__ Initial Appearance Before a Judicial Officer

__XX__ Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Bail/Detention Hearing

___ Conference Before a Judicial Officer

_____
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)
**JASON CAMACHO**
Print Defendant's Name

*[signature: Dawn M Florio]*
Defendant's Counsel's Signature

**DAWN FLORIO**
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

**5/5/2021**
Date

*[signature]*
U.S. District Judge/U.S. Magistrate Judge